# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DEANTE MATHIS,<br><br>Defendant. | Case No. MJ 25-33-GF-JTJ-1<br><br>ORDER |

Defendant Deante Mathis filed an unopposed Motion to allow Caitlin Mathis, his wife, to attend and testify at his Detention Hearing by ZOOM or similar remote video conference platform. Therefore, good cause appearing, it is hereby **ORDERED** that Ms. Mathis may be present and testify remotely. Defense counsel will contact the Clerk of Court for video conference instructions.

DATED this 2nd day of April, 2025.

John Johnston
United States Magistrate Judge